IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10077-WGY |
| v. ) | |
| ) | COUNT ONE: |
| WINTON DELORBE-LUNA ) | 18 U.S.C. §1542 |
| a/k/a Israel Flores Ortiz ) | (Passport Fraud) |

**INDICTMENT**

COUNT ONE: 18 U.S.C. §1542
(Passport Fraud)

The Grand Jury charges:

On or about December 15, 1999, at Haverhill in the District of Massachusetts,

WINTON DELORBE-LUNA a/k/a Israel Flores Ortiz

the defendant herein, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his use or the use of another.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS @ 2:35 pm, March 23, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DSS

**City** Haverhill   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   00-1003-JLD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   WINTON DELORBE LUNA   Juvenile ☐ Yes ☒ No

Alias Name   ISRAEL FLORES ORTIZ

Address   unknown

Birth date (Year only): 1974   SSN (last 4 #): ____   Sex M   Race: B   Nationality: DR

Defense Counsel if known:   John Wall   Address: One Commercial Wharf, Boston, MA 02110

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Nadine Pellegrini   Bar Number if applicable _____

Interpreter:   ☒ Yes ☐ No   List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:** 2/24/05

☒ Already in Federal Custody as   of 2/24/05   in   RI
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/24/05   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     WINTON DELORBE-LUNA AKA ISRAEL FLORES ORTIZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1542 | passport fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**