UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

   V.               **CRIMINAL
NO. 05-10077 -WGY**

**WINTON DELORBE-LUNA**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 3/29/05 before DEIN, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

 A. The government shall provide automatic discovery by 4/26/05   See L.R116.1(C).

 B. The defendant shall provide automatic discovery by 5/10/05 . See LR 116.1(D).

 C. Any discovery request letters shall be sent and filed by 5/10/05. See LR 116.3 (A) and (H).

 D. Any responses to discovery request letters shall be sent and filed by 5/24/05. See LR 116.3(A).

 E. An initial status conference in accordance with LR 116.5 will be held on 5/10/05 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

                  By the Court,

3/30/05                 /s/ Elizabeth Smith

   **Date**                 **Deputy Clerk**

(Crinsch1.wp - 11/24/98)