# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                            Criminal Action
                                            No: **05-10077-WGY**

**UNITED STATES**
**Plaintiff**

v.

**WINTON DELORBE-LUNA**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on    5/10/05

Any substantive motions are to be filed by    6/1/05  . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before    6/10/05   See LR 116.3(l).

A Final Pretrial Conference will be held on   6/8/05 @ 2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 6/8/05

A tentative trial date has been set for   6/13/05

The time between   5/10/05   and   6/13/05   is excluded in the interest of justice.

                                            **By the Court,**

                                            **/s/ Elizabeth Smith**

                                            _____
                                            **Deputy Clerk**

**May 10, 2005**
**To: All Counsel**