# UNITED STATES DISTRICT COURT
### District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA | STATEMENT OF REASONS |
| V. | |
| WINTON DELORBE-LUNA | Case Number: **1: 05 CR 10077 - 001 - WGY** |
| | John Wall |
| | Defendant's Attorney |

☐ The court adopts the factual findings and guideline application in the presentence report.

**OR**

☐ The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

☐ See Continuation Page

**Guideline Range Determined by the Court:**

| | | | | |
|---|---|---|---|---|
| Total Offense Level: | 6 | | | |
| Criminal History Category: | II | | | |
| Imprisonment Range: | 1 | to | 7 | months |
| Supervised Release Range: | 1 | to | | years |
| Fine Range: | $ $500.00 | to $ | $5,000.00 | |

| | |
|---|---|
| Defendant's Soc. Sec. No.: unknown | 06/08/05 |
| Defendant's Date of Birth: 74 | Date of Imposition of Judgment |
| Defendant's USM No.: 05576070 | /s/ William G. Young |
| | Signature of Judicial Officer |
| Defendant's Residence Address: | The Honorable William G. Young |
| | Chief Judge, U.S. District Court |
| | Name and Title of Judicial Officer |
| | 6/8/05 |
| | Date |
| Defendant's Mailing Address: | |

DEFENDANT: WINTON DELORBE-LUNA
CASE NUMBER: **1: 05 CR 10077 - 001 - WGY**

Statement of Reasons - Page __2__ of _____

# STATEMENT OF REASONS

[x] Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution:  $ _____

[ ] Discretionary restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(a)(B)(ii) (or in offenses committed before April 23, 1996, pursuant to 18 U.S.C. § 3663(d)).

[ ] Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because the number of identifiable victims is so large as to make restitution impracticable, pursuant to 18 U.S.C. § 3663A(c)(3)(A).

[ ] Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because determining complex issues of fact and related to the cause of amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process, pursuant to 18 U.S.C. § 3663A(c)(3)(B).

[ ] For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[ ] Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c), for the following reason(s):

AO 245B    Case 1:05-cr-10077-WGY    Document 14    Filed 06/08/2005    Page 3 of 4
Judgment in a Criminal Case - D. Massachusetts
Statement of Reasons - Sheet 3

| | |
|---|---|
| DEFENDANT: WINTON DELORBE-LUNA | Statement of Reasons - Page  3  of  _____ |
| CASE NUMBER: 1: 05 CR 10077 - 001 - WGY | |

# STATEMENT OF REASONS

[x] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

**OR**

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

**OR**

[ ] The sentence departs from the guideline range:

  [ ] upon motion of the government, as a result of a defendant's substantial assistance, or

  [ ] for the following specific reason(s):

[ ] See Continuation Page

| | Statemennt of Reasons - Page __4__ of _____ |
|---|---|

DEFENDANT: WINTON DELORBE-LUNA
CASE NUMBER: **1: 05 CR 10077 - 001 - WGY**

# ADDITIONAL FINDINGS AND GUIDELINES APPLICATIONS EXCEPTION

# ADDITIONAL REASONS FOR DEPARTURE FROM THE GUIDELINE RANGE

```
 1         THE COURT:  All right.  Mr. Winton Lorbe-Luna, in
 2   consideration of the factors under 18 United States Code,
 3   Section 3553, the information from the United States
 4   Attorney, and your attorney, I do sentence you to -- excuse
 5   me -- to the time you have already served.
 6         I impose upon you a $100 special assessment, and I
 7   place you on one year supervised release with the standard
 8   conditions of supervised release and one special condition.
 9   The special condition being if you are deported you are to
10   leave the United States, not to return without the prior
11   permission of the Department of Homeland Security.
12         You are also to submit to the collection of a DNA
13   sample as directed by the United States Probation Office.
14         Well, it's redundant to say he will have credit for
15   the time he's already served since I have sentenced him to
16   time served.
17         Mr. Lorbe-Luna, you have the right to appeal from
18   any findings or rulings this Court has made against you.
19   Should you appeal and should your appeal be successful in
20   whole or in part and the case remanded, you will be
21   resentenced before another judge of this Court.
22         That's the sentence of the Court.
23         He's remanded to the custody of the marshals for
24   the purpose of being processed to whatever detainer there
25   may be.
```

```
 1              I need to see Mr. Milne on an utterly different
 2   matter, and if you could just stand easy for a moment.  I
 3   don't want to interfere with security, but I need to see
 4   Mr. Milne and he's here.  And we'll be recessing so you
 5   folks can stand easy.
 6              (Pause in proceedings.)
 7              THE COURT:  Thank you.  We'll recess.
 8              MS. PELLEGRINI:  Thank you, your Honor.
 9              THE CLERK:  Court is in recess.
10              (Whereupon the matter concluded.)
```